UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MARTINEZ,

    Plaintiff,

    v.

HELEN MARTINEZ; SUQUAMISH TRIBE,

    Defendants.

Case No. C08-5503 FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on Plaintiff's motion to proceed *in forma pauperis*. The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). Plaintiff has filed an affidavit of indigence which indicates that in the past twelve months he earned $1,030.00 for part-time temporary work and presently has $100.00 in cash. He has no interest in real property and his debt on personal property exceeds its value. The Court finds it appropriate to authorize Plaintiff to proceed *in forma pauperis* pursuaunt to 28 U.S.C. § 1915(a).

ACCORDINGLY;

IT IS ORDERED:

ORDER - 1

Plaintiffs' Application to proceed *in forma pauperis* [Dkt. # 1] is **GRANTED**.

DATED this 21st day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2