The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL MARTINEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>HELEN MARTINEZ and<br>THE SUQUAMISH TRIBE,<br><br>            Defendants. | Case No. C08-5503 FDB<br><br>**NOTICE OF CIVIL APPEAL** |

Notice is hereby given that Helen Pungowiyi Martinez, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Denying Defendants' Motions to Dismiss and Granting Plaintiff Declaratory and Injunctive Relief entered in this action on December 16, 2008.

DATED: January 14, 2009

**NORTHWEST JUSTICE PROJECT**

_____s/Jennifer Yogi_____
Jennifer Yogi, WSBA No. 31928

NOTICE OF APPEAL
CASE NO. C08-5503 FDB
PAGE 1 OF 4

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

401 2nd Avenue South, Suite 407
Seattle, WA 98104
Telephone: (206) 464-1519
Fax: (206) 464-1533
E-mail: jennifery@nwjustice.org

NOTICE OF APPEAL
CASE NO. C08-5503 FDB
PAGE 2 OF 4

**Northwest Justice Project**
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

# REPRESENTATION STATEMENT PURSUANT TO FRAP 12(b) AND CIRCUIT RULE 3-2(b)

Plaintiff Daniel Martinez is represented by:

> Steven L. Olsen
> Olsen and McFadden, Inc. P.S.
> 216 Ericksen Avenue
> Bainbridge Island, WA 98110
> Telephone: (206) 780-0240

Defendant Helen Martinez is represented by:

> Jennifer Yogi
> Northwest Justice Project
> 401 2nd Avenue South, Suite 407
> Seattle, WA 98104
> Telephone: (206) 464-1519

Defendant Suquamish Tribe is represented by:

> James Bellis
> Office of Tribal Attorney
> P.O. Box 498
> Suquamish, WA  98392-0498
> Telephone: (360) 394-4501

DATED: January 14, 2009

**NORTHWEST JUSTICE PROJECT**

_____s/Jennifer Yogi_____
Jennifer Yogi, WSBA No. 31928
401 2nd Avenue South, Suite 407
Seattle, WA 98104
Telephone: (206) 464-1519
Fax: (206) 464-1533
E-mail: jennifery@nwjustice.org

NOTICE OF APPEAL
CASE NO. C08-5503 FDB
PAGE 3 OF 4

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

# CERTIFICATE OF SERVICE

I, Jennifer Yogi, certify under penalty of perjury under the laws of the State of Washington that on the 14th day of January, 2009, I caused a copy of the Certificate Regarding Transcript and this Notice to be delivered via electronic mailing in .pdf format with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attention of the following:

Steven Olsen
Attorney for Plaintiff
Olsen and McFadden, Inc. P.S.
216 Ericksen Avenue
Bainbridge Island, WA 98110

James Bellis
Office of Tribal Attorneys
Suquamish Tribe
P.O. Box 498
Suquamish, WA  98392-0498

Signed at Seattle, Washington, this 14th day of January, 2009.

NORTHWEST JUSTICE PROJECT

_____/s/ Jennifer Yogi_____
Jennifer Yogi, WSBA #31928
Attorney for Defendant Helen Pungowiyi Martinez

NOTICE OF APPEAL
Case No. C08-5503 FDB
Page 4 of 4

**Northwest Justice Project**
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501