The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL MARTINEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>HELEN MARTINEZ and<br>THE SUQUAMISH TRIBE,<br><br>      Defendants | Case No.: No. C08-5503 FDB<br><br><br>**NOTICE OF CIVIL APPEAL** |

Notice is hereby given that pursuant to FRAP 4(a)(3), the Suquamish Tribe, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Denying Defendants' Motions to Dismiss and Granting Plaintiff Declaratory and Injunctive Relief entered in this action on the 16th day of December, 2008.

1- Notice of Appeal

The Suquamish Tribe
P.O. Box 498
Suquamish, WA  98392-0498
Office:  360-598-4501
Fax:  360-598-4293
rbellis@suquamish.nsn.us

1
2                                        Dated this 14th day of January, 2009
3
4
5                                        /s/ James R. Bellis
                                         James R. Bellis, Esq.
                                         Tribal Attorney
6                                        The Suquamish Tribe
                                         P.O. Box 498
7                                        Suquamish, WA  98392-0498
                                         Office:  360-598-4501
8                                        Fax:  360-598-4293
                                         rbellis@suquamish.nsn.us
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                       The Suquamish Tribe
      2- Notice of Appeal                   P.O. Box 498
                                         Suquamish, WA  98392-0498
                                           Office:  360-598-4501
                                            Fax:  360-598-4293
                                         rbellis@suquamish.nsn.us