UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MARTINEZ,

        Plaintiff,

vs.

HELEN MARTINEZ and
THE SUQUAMISH TRIBE,

        Defendants.

Case No. C08-5503 FDB

**ORDER GRANTING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

    This matter came before the Court on the motion of the defendant Helen Martinez for an order to proceed in forma pauperis under FRAP 24(a)(1). The Court has considered the motion and the attached affidavit in support thereof. Having considered the foregoing materials and the applicable law, the Court hereby finds that defendant has presented a sufficient affidavit to proceed in forma pauperis.

    Therefore, it is ORDERED that the Appellant is hereby allowed to prosecute this action in forma pauperis, and the Clerk of this Court is directed to file and issue papers and pleadings as

**Northwest Justice Project**
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

requested by defendant without prepayment of any fees, costs, charges, or the necessity of giving security therefor.

Dated this 22nd day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
Northwest Justice Project
s/Jennifer Yogi, WSBA No. 31928
401 2nd Avenue S., Ste. 407
Seattle, WA 98104
(206) 464-1519
jennifery@nwjustice.org
Attorney for Defendant Helen Martinez

ORDER ON MOTION TO APPEAL IN FORMA PAUPERIS
CASE NO. C08-5503 FDB
PAGE 2 OF 2

**Northwest Justice Project**
**401 Second Avenue S, Suite 407**
**Seattle, Washington 98104**
**Phone: (206) 464-1519  Fax: (206) 624-7501**