

FILED

FEB 19 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL MARTINEZ, | Nos. 09-35050, 09-35057 |
| Plaintiff-Appellee, | DC # 3:08-cv-05503-FDB |
| v. | Western Washington |
| HELEN MARTINEZ, et al. | (Tacoma) |
| Defendants-Appellants. | ORDER |

Appellants' motion to dismiss these appeals voluntarily is granted. Fed. R. App. P. 42(b). This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

2/19/09/cg/mediation