# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL MARTINEZ,

        PLAINTIFF,

        v.

HELEN MARTINEZ and
THE SUQUAMISH TRIBE,

        DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C08-5503FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**.   The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) Motion to Dismiss by Defendant Suquamish Tribe [Dkt. # 8] is **DENIED**.

(2) Motion to Dismiss by Defendant Helen Martinez [Dkt. #9] is **DENIED**.

(3) Plaintiff Daniel Martinez is **GRANTED** declaratory and injunctive relief. The Suquamish Tribe does not have civil jurisdiction to adjudicate domestic relation disputes between the non-members of the Tribe, Daniel and Helen Martinez. This lack of jurisdiction includes petitions for dissolution, child custody, and domestic violence protection orders. Orders entered by the Suquamish Tribal Court relating to the domestic relations of Daniel Martinez and Helen Martinez are null and void. The Suquamish Tribal Court is enjoined from issuing or enforcing any said orders.

  February 18, 2010                                                                BRUCE RIFKIN
                                                                                                                Clerk

                                                                                                  /s/   Pat LeFrois

                                                                                                                Deputy Clerk